# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ROBERT J. LARISON, JR. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.  CV415-184 |
| ) | |
| ATLANTIC COAST BANK et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having reviewed and considered the petition of M. Travis Foust of the law firm of Parks, Chesin & Walbert, P.C., 75 Fourteenth Street, Suite 2600, 26th Floor, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of plaintiff Robert J. Larison, Jr., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter M. Travis Foust, as counsel of record for plaintiff Robert J. Larison, Jr., in this case.

**SO ORDERED** this __16th__ day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA