# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ROBERT J. LARISON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | Case No.  CV415-184 |
| ) | |
| ATLANTIC COAST BANK et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having reviewed and considered the petitions of Michael A. Abel and Lindsay Dennis Swiger of the law firm of Holland & Knight LLP, 50 N. Laura Street, Suite 3900, Jacksonville, Florida 32202, for permission to appear pro hac vice on behalf of defendants Atlantic Coast Bank et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Michael A. Abel and Lindsay Dennis Swiger as counsel of record for defendants Atlantic Coast Bank et al., in this case.

**SO ORDERED** this __5th__ day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA