IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROBERT J. LARISON, JR.,        ) | |
|      ) | |
|     Plaintiff,    ) | |
|      ) | |
| v.      ) | CIVIL ACTION FILE NO. |
|      ) | |
| ATLANTIC COAST BANK and    ) | 4:15-cv-00184-WTM-GRS |
| ATLANTIC COAST FINANCIAL    ) | |
| CORPORATION,     ) | |
|      ) | |
|     Defendants.    ) | |
|      ) | |

ORDER GRANTING JOINT MOTION TO
STAY DISCOVERY AND PRE-TRIAL DEADLINES

This matter is before this Court on the parties' *Joint Motion to Stay Discovery and Pre-Trial Deadlines Pending Resolution of Defendants' Motion to Transfer Venue.* Upon consent and agreement of counsel and for good cause shown, this Court **GRANTS** the parties' Joint Motion. The discovery and pre-trial deadlines listed in this Court's Scheduling Order [ECF No. 33] are stayed until such time that this Court rules upon Defendants' Motion to Transfer Venue [ECF No. 10].

SO ORDERED.

This __25th__ day of __January__, 2016.

_____
THE HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Copies to Counsel of Record